1   JOSE A. GUERRERO, State Bar No. 192416
    DAWN BITTLESTON, State Bar No. 198875
2   KLEIN, DENATALE, GOLDNER,
      COOPER, ROSENLIEB & KIMBALL, LLP
3   4550 California Avenue, Second Floor
    Bakersfield, California 93309
4   Telephone: (661) 395-1000
    Facsimile: (661) 326-0418
5
6   Attorneys for Defendants Eric Barneth Flores,
    individually and dba Graddy's Night Club
7
8                       UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11  GARDEN CITY BOXING CLUB, INC.,

12              Plaintiff,                    Case No:  05-CV-00494-OWW TAG

13      vs.                                   Assigned to the Hon Oliver W. Wanger.

14  ERIC BARNETH FLORES, individually and    **STIPULATION TO EXTENSION OF
    DBA GRADDY'S NIGHT CLUB,                  TIME TO RESPOND TO PLAINTIFF'S
15                                            COMPLAINT FOR PROPERTY
                Defendants.                   DAMAGE**
16

17

18          IT IS HEREBY STIPULATED by and between Plaintiff, GARDEN CITY BOXING

19  CLUB, INC., ("Plaintiff"), by and through its attorney of record, ERIC BARNETH FLORES,

20  individually and DBA GRADDY'S NIGHT CLUB ("Defendant"), by and through their

21  attorneys of record as follows:

22          1.      Plaintiff commenced its case by filing a Complaint for Damages ("Complaint")

23  on April 14, 2005.  Defendant was served with the Complaint and is required to respond to it by

24  September 20, 2005.

25          2.      Plaintiff and Defendant have engaged in settlement negotiations and have

26  reached a tentative settlement.  The parties are formalizing the settlement and expect to have an

27  executed settlement agreement within 45 days.  The parties believe it appropriate to stipulate to

28  extend the time for Defendant to respond to the Complaint by 45 days.

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93389-1172

1   Therefore, it is stipulated that the deadline under Federal Rules of Civil Procedure Rule

2   12 for responding to the Complaint be extended to November 1, 2005.

3

4   Dated:  September _____, 2005            LAW OFFICES OF THOMAS P. RILEY, P.C.

5

6                                           By: /s/ Thomas P. Riley
7                                               THOMAS P. RILEY
                                                Attorneys for Garden City Boxing Club, Inc.
8

9   Date: September ____, 2005              KLEIN, DeNATALE, GOLDNER,
                                            COOPER, ROSENLIEB & KIMBALL, LLP
10

11

12                                          By: /s/ Dawn Bittleston
                                                DAWN BITTLESTON
13                                              Attorneys for Defendants Eric Barneth Flores,
                                                individually and dba Graddy's Night Club
14

15                                    **ORDER**

16        Based upon the stipulation of the parties, it is hereby ordered that the deadline for

17  Defendant s ERIC BARNETH FLORES, individually and DBA GRADDY'S NIGHT CLUB to

18  respond to Plaintiff's Complaint, shall be and hereby is extended to October 31, 2005.

19

20  Dated: __September 16, 2005__              _/s/ OLIVER W. WANGER_____

21                                             JUDGE OF THE DISTRICT COURT

22

23

24

25

26

27

28

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 CALIFORNIA AVENUE, SECOND FLOOR
BAKERSFIELD, CALIFORNIA 93389-1172