UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
GARDEN CITY BOXING,            )
                               )    1:05-CV-00494 OWW DLB
                               )
              Plaintiff,       )
                               )
     v.                        )
                               )    ORDER DISMISSING ACTION
ERIC BARNETH FLORES, et al.,   )
                               )
                               )
              Defendant.       )
                               )
_____)
```

      Pursuant to the stipulation of dismissal filed by the parties in this matter on October 18, 2005;

      This action is ordered dismissed without prejudice. IT IS SO ORDERED.

Emm0d6**Dated:   March 28, 2006**          **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE