UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARDEN CITY BOXING, | ) | |
| | ) | |
| Plaintiff, | ) | 1:05-cv-494 OWW DLB |
| v. | ) | |
| ERIC BARNETH FLORES, et al., et al., | ) | AMENDED ORDER DISMISSING ACTION |
| Defendant | ) | |

The order dismissing action entered in this matter on March 28, 2006 is amended to indicate that the action is dismissed with prejudice.

Dated: May 15, 2006              /s/ OLIVER W. WANGER
                                 _____
                                 OLIVER W. WANGER
                                 United States District Judge

1